**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Kevin James Pitre
Camp-C Tiger 3-R-7 DOC No. 350660
Louisiana State Penitentiary
Angola, LA 70712

**REHEARING ACTION: December 23, 2015**

**Docket Number: 15   00541-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN JAMES PITRE**

**Writ Application from Evangeline Parish Case No. 65,996-FB**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin James Pitre** has this day been

> **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent